MARY SHAPIRO V. BARNEY'S OMNIBUS SERVICE CORPORATION. SAM SHAPIRO v. BARNEY'S OMNIBUS SERVICE CORPORATION.— Motions to dismiss appeals granted, with ten dollars costs, unless appellant within ten days from service of order file a surety company undertaking conditioned to secure payment of $2,500 upon judgments in the event of affirmance or modification thereof or dismissal of said appeals, and procure the record on appeal and appellant's points to be filed so that appeal can be argued on the 2d day of October, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

TESSIE SCHADLICH V. FRANK RUTKOWSKI and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. GUSTAVE NASSAUER.— Motion to dismiss appeal granted, unless the appellant procure the record on appeal to be filed on or before June 26, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. JOSEPH ADLER.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. ALONZO SYLVESTER JACKSON.— Motion to dismiss appeal denied, and the time of the appellant in which to procure the record on appeal and the appellant's points to be filed, extended to and including October 1, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EMMA CRAGIN V. WILLIAM B. CRAGIN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FREDERIC W. LINCOLN and Others v. HARRY FALK, Doing Business, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ROUMANIAN JOE'S, INC., and Others v. JOSEPH FELDSTEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before October 1, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARTLEY OPEN STAIR TENEMENT COMPANY v. 521 AND 523 WEST 47TH STREET COMPANY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MAX OHRINGER, Trading as THE OHRINGER COMPANY V. ALEXANDER KOGUT and Another, Impleaded with SAMUEL COHEN and Another.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LEOPOLD KUPFERMAN V. HELEN LIEBERMAN and Another.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GUSTAVE G. HEGERMAN V. RED SEAL PICTURES CORPORATION.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DAVID FUCH V. NEW YORK RAILWAYS CORPORATION.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.